**No. 56188.**—Miles Metal Corporation *v.* United States, protest 174055–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of aluminum scrap, of which metal is the component material of chief value, and which is secondhand and fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.

**No. 56189.**—L. W. Hoffecker *v.* United States, protests 153871–K and 153872–K (El Paso).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 56190.**—The Attorney General as Successor to The Alien Property Custodian *v.* United States, protests 801042–G, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.

**No. 56191.**—Philipp Brothers, Inc. *v.* United States, protest 170328–K (Baltimore).

Opinion by LAWRENCE, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 20, 1951

**No. 56192.**—Norman Thomas *v.* United States, protests 175140–K and 175172–K (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise consists of live birds similar in all material respects to those the subject of *Alfred Mazer* v. *United States* (25 Cust. Ct. 67, C. D. 1265), the claim of the plaintiff was sustained.